**Zenobia C. ZIEGLER, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

**No. 2013–3099.**

United States Court of Appeals, Federal Circuit.

June 10, 2014.

Leslie Deak, Law Offices of Leslie Deak, of Washington, DC, argued for petitioner.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Kenneth M. Dintzer, Assistant Director.

PROST,* Chief Judge, LOURIE and CLEVENGER, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.